No. 91–1071. STANTON v. DISTRICT OF COLUMBIA COURT OF APPEALS. Ct. App. D. C. Certiorari denied. ▮

No. 91–1077. WILLIAMS, EXECUTOR OF THE ESTATE OF WEBSTER, DECEASED v. HARDY ET AL. App. Ct. Ill., 1st Dist. Certiorari denied. ▮

No. 91–1078. ATTORNEY Q v. MISSISSIPPI STATE BAR. Sup. Ct. Miss. Certiorari denied. ▮

No. 91–1079. SELINGER v. CITY OF REDLANDS. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 91–1080. PESCE v. COUNTY OF DUPAGE. App. Ct. Ill., 2d Dist. Certiorari denied. ▮

No. 91–1086. ALABAMA v. SIMS. Ct. Crim. App. Ala. Certiorari denied. ▮

No. 91–1087. PRINCE GEORGE'S COUNTY, MARYLAND v. KOPF, PERSONAL REPRESENTATIVE OF THE ESTATE OF CASELLA. C. A. 4th Cir. Certiorari denied. ▮

No. 91–1088. UNITED MINE WORKERS OF AMERICA v. ADKINS ET AL. C. A. 6th Cir. Certiorari denied. ▮

No. 91–1089. ELYSIUM INSTITUTE, INC., ET AL. v. COUNTY OF LOS ANGELES ET AL. Ct. App. Cal., 2d App. Dist. Certiorari denied. ▮

No. 91–1091. ALCAN ALUMINIO DO BRASIL, S. A. v. ROBLES PEREZ ET AL. Super. Ct. P. R. Certiorari denied.

No. 91–1092. BEEKMAN PAPER CO. v. CRANE & CO., INC., ET AL. C. A. 2d Cir. Certiorari denied. ▮

No. 91–1093. BOSEK v. ILLINOIS. App. Ct. Ill., 2d Dist. Certiorari denied. ▮

No. 91–1094. FIGUEROA-SOTO v. UNITED STATES. C. A. 9th Cir. Certiorari denied. ▮